In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

HENRY K. BURNS et al., Constituting the Protective Committees for Unsecured Creditors of NATIONAL SURETY COMPANY et al., Appellants; SUPERINTENDENT OF INSURANCE OF STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, et al., Respondents. (Two Appeals.)

In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

IRENE MILINKOVITCH, Appellant; SUPERINTENDENT OF INSURANCE OF STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, et al., Respondents.

Submitted May 15, 1939; decided May 23, 1939.

Motion for resettlement of order denying motion for reargument granted to the extent of stating that the constitutional question was passed upon on the motion for reargument, the question being whether the allowance of interest was in violation of the equal protection clause of the Fourteenth Amendment of the Constitution of the United States. (See 280 N. Y. 514, 688.)

In the Matter of the Claim of MARGARET LEVY, Respondent, against WORLD-TELEGRAM et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Two Proceedings.)

Submitted May 15, 1939; decided May 23, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 680.)